| | | |
|---|---|---|
| **ATTORNEY GRIEVANCE COMMISSION OF MARYLAND** | * | **IN THE** |
| | * | **COURT OF APPEALS** |
| **v.** | * | **OF MARYLAND** |
| | * | **Misc. Docket AG No. 92** |
| **NANCY THERESA LORD** | * | **September Term, 2019** |

## ORDER

**WHEREAS**, this matter came before this Court upon the filing of a Petition for Disciplinary or Remedial Action by the Attorney Grievance Commission against Nancy Theresa Lord, Respondent, based upon the December 20, 2017 Order of the Supreme Court of Nevada suspending Respondent from the practice of law in that State for a period of six months and one day, effective the date of the Order, for violating the Nevada Rules of Professional Conduct, and

**WHEREAS**, pursuant to Maryland Rule 19-737, on May 12, 2020, this Court issued a Show Cause Order requiring the parties to show cause in writing why corresponding discipline should not be imposed by this Court and, in a separate order dated May 22, 2020, temporarily suspended Respondent, and

**WHEREAS**, on June 24, 2020, the Attorney Grievance Commission filed a response to the Show Cause Order recommending that this Court disbar Respondent, and on July 24, 2020 this Court issued an order scheduling a hearing in the case for December 2020 to consider the Petition for Disciplinary or Remedial Action and responses to the Show Cause Order, and

**WHEREAS**, the Court has considered the Petition, the parties' written responses to the Show Cause Order, and the arguments made at the hearing before this Court on December 3, 2020, including Respondent's statement that she no longer seeks to practice law as a member of the Bar of Maryland, and

**WHEREAS**, the Court has determined that corresponding discipline in this matter would be to suspend the Respondent indefinitely from the practice of law in Maryland, with a right to reapply no sooner than six months and one day from the date of suspension, it is this 10th day of December 2020

**ORDERED**, by the Court of Appeals of Maryland, that, pursuant to Maryland Rule 19-737(f), Respondent is indefinitely suspended from the further practice of law in the State of Maryland with a right to reapply no sooner than six months and one day from the date of suspension, and it is further

**ORDERED** that the Clerk of this Court shall strike the name of Nancy Theresa Lord from the register of attorneys and, pursuant to Maryland Rule 19-761, shall certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State.

/s/ Mary Ellen Barbera
Chief Judge

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk